UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62489-CIV-SINGHAL/STRAUSS

JAMES VILLAROEL,

     Plaintiff,

v.

SHADE TUCKER, *et al.*,

     Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge Strauss's Report and Recommendation, wherein he recommends this action be dismissed without prejudice for lack of subject matter jurisdiction.  (DE [7]).  "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  *See* Fed. R. Civ. P. 72(b), Advisory Committee Notes; *see also, e.g., Sully v. Scottsdale Ins. Co.*, 2024 WL 1857456, at *8 (S.D. Fla. Apr. 29, 2024) (Altman, J.) (same); *Stephen v. United States*, 2016 WL 9649870, at *1 (S.D. Fla. Mar. 29, 2016) (Cohn, J.) (same).  Having reviewed the Complaint (DE [1]) and the Report and Recommendation (DE [7]), the Court discerns no clear error.  Accordingly, it is hereby

     **ORDERED AND ADJUDGED** that

1. The Report and Recommendation (DE [7]) is **ADOPTED**;

2. Plaintiff's Complaint (DE [1]) is **DISMISSED WITHOUT PREJUDICE**;

3. Should Plaintiff desire to re-assert his claims, he must file a separate action under a new case number and notify the Clerk that the new lawsuit is related to this one;

4. The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all deadlines and hearings, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of April 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF